JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>BRANDON PRICE,<br><br>        Respondent. | Case No. SA CV 24-1118-DMG (BFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed.

The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is construed as having been voluntarily withdrawn by Petitioner.
3. The Court Clerk shall close the case.

///

///

///

4. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE